DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAULA PENSO,**
Appellant,

v.

**ELIZABETH GORDON AT LAUDERHILL, LLC,**
Appellee.

No. 4D22-3295

[July 20, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne Fahnestock, Judge; L.T. Case No. CACE22-13196 (18).

Paula Penso, Tamarac, pro se.

George A. Minski of the Law Offices of George A. Minski, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***